FILED

07/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0207

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHARLES BERGERON,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 21, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 13 2023